# Fill in this information to identify your case:

**Debtor 1**: Jon Mark MacNaughton
First Name — Middle Name — Last Name

**Debtor 2** (Spouse if, filing):
First Name — Middle Name — Last Name

**United States Bankruptcy Court for the:** EASTERN DISTRICT OF TENNESSEE

**Case number** (if known): 3:16-bk-33237-SHB

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CarMax**<br>Description of property securing debt: **2007 Nissan Murano** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **First Tennessee Bank**<br>Description of property securing debt: **208 Glen Mar Drive Lenoir City, TN 37772  Loudon County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **Retain & pay until property sold** | ☐ No<br>■ Yes |
| Creditor's name: **First Tennessee Bank**<br>Description of property: **208 Glen Mar Drive Lenoir City, TN 37772  Loudon County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ☐ No<br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

securing debt:                                  Retain & pay until property sold

| Creditor's name: | Foothills Bank & Trust | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>Retain & redeem in installments/or surrender | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | Boat | | |

| Creditor's name: | Foothills Bank & Trust | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>Retain & redeem in installments/or surrender | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Life Insurance | | |

| Creditor's name: | Internal Revenue Service | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>Retain & pay until sold | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 208 Glen Mar Drive Lenoir City, TN 37772 Loudon County | | |

**Part 2:  List Your Unexpired Personal Property Leases** - None - N/A

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your ~~unexpired personal property leases~~ executory contracts:                                Will the ~~lease~~ Contract be assumed?

| ~~Lessor's~~ name: | Knoxville HMA Physician Mgmt, LLC | ■ No<br>☐ Yes |
|---|---|---|
| Description ~~of leased Property~~: | Contract for physician services (See Par. 6.01 of Confirmed Plan)-REJECT PER 11 USC 365(g)(2) | |

| ~~Lessor's~~ name: | MSK Group, PC | ☐ No<br>■ Yes |
|---|---|---|
| Description ~~of leased Property~~: | Employment Agreement-ASSUME & PERFORM | |

| ~~Lessor's~~ name: | OrthoKnox PLLC/ATTN: David Armstrong | ☐ No<br>■ Yes |
|---|---|---|
| Description ~~of leased Property~~: | Independent Contractor Agreement for Orthopedic Services-ASSUME & PERFORM | |

| Debtor 1 | Jon Mark MacNaughton | Case number (if known) | 3:16-bk-33237-SHB |
|---|---|---|---|

Lessor's name: **Tennova Healthcare/Medical Group**   ■ No
☐ Yes

Description of leased Property: See above--Knoxville HMA Physician Mgmt, LLC-REJECT PER 11 USC 365(g)(2)

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Jon Mark MacNaughton**
**Jon Mark MacNaughton**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **October 7, 2019**

Date _____